IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS CASTILLO, | ) |
| Plaintiff, | ) |
| v. | ) CV 01-AR-1571-S |
| WARDEN RALPH HOOKS, COMMISSIONER MICHAEL HALEY, and OFFICER CHARLES E. BAILEY, | ) |
| Defendants. | ) |

FILED
02 JUL -5 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 0 5 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 7, 2002, recommending that defendants' motion for summary judgment be granted. Specifically, the magistrate judge recommended the first amendment claims against defendants Hooks, Haley and Bailey be dismissed with prejudice. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is due to be ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's first amendment claims against defendants Hooks, Haley and Bailey, and said defendants are entitled to judgment as a matter of law. The defendants' motion for summary judgment (Document #13) is therefore due to be GRANTED.

An appropriate order will be entered.

DONE this the 5th day of July, 2002.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

16